**AUCTION MANAGEMENT SOLU-TIONS, INC., Plaintiff/Counterclaim–Defendant–Appellant,**

and

**Bidsoft, LLC, Counterclaim Defendant,**

v.

**MANHEIM AUCTIONS, INC.,
Defendant/Counterclaim–
Appellee,**

and

**Manheim Serices Corporation,
Counterclaimant–
Appellee.**

No. 2009–1587.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2010.

Donald R. Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP of Washington, DC, argued for plaintiff/counterclaim defendant-appellant. With him on the brief were Thomas H. Jenkins and Jason W. Melvin; and Roger D. Taylor, William B. Dyer III and Cortney S. Alexander, of Atlanta, GA.

Kevin B. Collins, Covington & Burling LLP, of Washington, DC, argued for defendant/counterclaimant-appellee and counterclaimant-appellee. With him on the brief were George F. Pappas, Jeffrey B. Elikan and Jeffrey H. Lerner. Of counsel on the brief was Christopher L.

Meazell, Dow Lohnes, PLLC, of Norman, OK.

LOURIE, LINN, and PROST, Circuit Judges.

PER CURIAM.

**JUDGMENT**

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.